# EXHIBIT C



## Acclarent

Medical Device

Irvine, CA · 13,014 followers

Follow

Discover all 233 employees

# About us

Acclarent, Inc., part of Integra LifeSciences, is a medical device company in Irvine, CA that was established in June of 2004. We're dedicated to supporting Ear, Nose, and Throat (ENT) surgeons with minimally invasive technologies designed to preserve nasal anatomy, while addressing rhinosinusitis and persistent Eustachian Tube Dysfunction.

Commercially launched in 2005, our Balloon Sinuplasty technology has been used by otolaryngologists in over 535,000 procedures.

©Acclarent, Inc. 2022

**Website**                    http://www.acclarent.com ↗

**Industry**                   Medical Device

**Company size**               201-500 employees

**Headquarters**               Irvine, CA

**Type**                       Public Company

**Specialties**

Ear, Nose, Throat, Medical Device, Sinus, Balloon Sinuplasty, Navigation, and ETBD

# Locations

Primary
31 Technology Drive
Irvine, CA 92618, US
Get directions

Get directions ↗