# EXHIBIT D

Delaware.gov                                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

---

**Department of State: Division of Corporations**

Allowable Characters

| HOME | |
|---|---|

| | Entity Details |
|---|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 2363821 | Incorporation Date / Formation Date: | 1/1/1994 (mm/dd/yyyy) |
|---|---|---|---|

| Entity Name: | INTEGRA LIFESCIENCES CORPORATION |
|---|---|

| Entity Kind: | Corporation | Entity Type: | General |
|---|---|---|---|

| Residency: | Domestic | State: | DELAWARE |
|---|---|---|---|

**REGISTERED AGENT INFORMATION**

| Name: | CORPORATION SERVICE COMPANY |
|---|---|

| Address: | 251 LITTLE FALLS DRIVE |
|---|---|

| City: | WILMINGTON | County: | New Castle |
|---|---|---|---|

| State: | DE | Postal Code: | 19808 |
|---|---|---|---|

| Phone: | 302-636-5401 |
|---|---|

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status  ○ Status,Tax & History Information

[Submit]

[New Entity Search]

---

For help on a particular field click on the Field Tag to take you to the help area.

site map   |   privacy   |   about this site   |   contact us   |   translate   |   delaware.gov