# EXHIBIT E



## Integra LifeSciences

Medical Equipment Manufacturing

Princeton, New Jersey · 115,598 followers

See jobs          Follow

**Discover all 3,871 employees**

Overview          Jobs          Life

## About us

Integra LifeSciences is a world leader in medical technology with headquarters in Princeton, New Jersey. We are driven by our purpose of restoring patients' lives. We innovate treatment pathways to advance patient outcomes and set new standards of surgical, neurologic, and regenerative care. We offer a comprehensive portfolio of high quality, leadership medical technology brands. Our company has offices, manufacturing and research facilities in Asia, Australia, Europe, Middle East, and the Americas.

For the latest news and information about Integra and our products, please visit www.integralife.com.

**Website**                                    http://www.integralife.com ↗

**Industry**                                   Medical Equipment Manufacturing

**Company size**                               1,001-5,000 employees

**Headquarters**                               Princeton, New Jersey

**Type**                                       Public Company

**Specialties**

neurosurgery, neurosciences, surgical instruments, collagen, and regenerative medicine

---

# Locations

Primary

1100 Campus Road

Princeton, New Jersey 08540, US

**Get directions** ↗