# EXHIBIT F

*Donna Carol Fernihough vs. Acclarent, Inc., et al.*
**Cause No. 067-364611-25**
**Index of All Documents Filed in State Court Action**

1. Plaintiff's Original Petition filed 5/15/2025 3:33 PM