# EXHIBIT G

Case 4:25-cv-00525-Y   Document 1-7   Filed 05/16/25   Page 2 of 2   PageID 80

## Case Information

## DONNA CAROL FERNIHOUGH VS. ACCLARENT, INC., ET AL

067-364611-25

Location
Tarrant County - District Clerk

Case Category
Civil - Other Civil

Case Type
Product Liability � Other

Case Filed Date
5/15/2025

Case Status
Open (Active)

## Parties ⑤

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | DONNA CAROL FERNIHOUGH | | DONNA M AVERSANO |
| Defendant | THE ACCLARENT INC | | |
| Defendant | THE INTEGRA LIFESCIENCES CORPORATION | | |
| Defendant | THE PCB TECHNOLOGIES USA INC | | |
| Defendant | THE PRECISION CONCEPTS LLC | | |

## Events ①

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 5/15/2025 | Filing | 0064 | PLTF ORIG PETITION | 06736461125000001.pdf |

© 2025 Tyler Technologies, Inc. | All Rights Reserved

Version: 2025.2.9.1158

 EMPOWERED BY TYLER TECHNOLOGIES