# EXHIBIT H

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Donna Carol Fernihough
Plaintiff

v.

Civil Action No.

Acclarent, Inc., et al
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Acclarent, Inc., Integra Lifesciences Corporation

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Integra Lifesciences Holding Corporation

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Donna Carol Fernihough, Acclarent, Inc., Integra LifeSciences Corporation, Precision Concepts LLC, PCB Technologies US Inc.

| | |
|---|---|
| Date: | May 16, 2025 |
| Signature: | /s/ Alan W. Vickery |
| Print Name: | Alan W. Vickery |
| Bar Number: | 20571650 |
| Address: | 5850 Granite Parkway, Suite 900 |
| City, State, Zip: | Plano, Texas 75024 |
| Telephone: | 972-616-1700 |
| Fax: | 972-616-1701 |
| E-Mail: | alan.vickery@bowmanandbrooke |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.