Supplemental Civil Cover Sheet
Page **1** of **2**

## Supplemental Civil Cover Sheet for Cases Removed
## From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | Tarrant County District Court | 067-364611-25 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Donna Carol Fernihough - Plaintiff | Donna M. Aversano, Paul N. Gold and Elizabeth Fraley |
   | Acclarent, Inc. - Defendant | Alan Vickery, TX Bar # 20571650, Bowman & Brooke |
   | Integra LifeSciences Corporation - Defendant | Alan Vickery, TX Bar # 20571650, Bowman & Brooke |
   | Precision Concepts, LLC - Defendant | Unknown |
   | PCB Technologies USA Inc. - Defendant | Unknown |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   ☑ Yes   ☐ No

   If "*Yes,*" by which party and on what date?

   Donna Carol Fernihough, Plaintiff _____   5/15/2025 _____
   Party                                                                    Date

Supplemental Civil Cover Sheet
Page **2** of **2**

4. **Answer:**

Was an Answer made in State Court?   ☐ Yes        ☑ No

   If "*Yes*," by which party and on what date?

   _____          _____
   Party                                         Date

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
| Acclarent, Inc. - Defendant | |
| Integra LifeSciences Corporation - Defendant | |
| Precision Concepts, LLC - Defendant | |
| PCB Technologies USA Inc. - Defendant | |
| | |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|---|---|
| N/A | |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiff | Strict products liability / negligence against Acclarent<br>Strict products liability / negligence against Integra<br>Strict products liability and negligence against Precision Concepts LLC<br>Strict products liability /negligence against PCB Technologies |