**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

DONNA CAROL FERNIHOUGH

Plaintiff,

Case No. 4:25-cv-00525-Y

v.

ACCLARENT, INC. and INTEGRA
LIFESCIENCES CORPORATION,

Defendants.

**APPENDIX TO DEFENDANTS' MOTION TO QUASH DEPOSITION OF PUJA SETTY**

1

# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DONNA CAROL FERNIHOUGH,** | § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 4:25-CV-00525-Y** |
| **ACCLARENT, INC.,** **INTEGRA LIFESCIENCES** **CORPORATION, PRECISION** **CONCEPTS INTERNATIONAL,** **PRECISION CONCEPTS LLC,** **PRECISION CONCEPTS GROUP,** **AND PCB TECHNOLOGIES USA, INC.,** | § § § § § § § § | |
| **Defendants.** | § | |

### PLAINTIFF'S NOTICE OF INTENTION TO TAKE ORAL/VIDEOTAPED DEPOSITION OF PUJA SETTY

This is to give formal notice pursuant to Fed. R. Civ. P. 26, 30, and 45 of

Plaintiff's intention to schedule the oral/videotaped deposition of the witness specified

below.

### SCHEDULE FOR DEPOSITION

Plaintiff intends to depose the following individual:

| WITNESS | TIME | DATE | PLACE |
|---|---|---|---|
| **PUJA SETTY** | **10:00 am** | **4/23/26** | **Bowman and Brooke** **5850 Granite Parkway** **Suite 900** **Plano, TX   75024** |

Once noticed, this deposition is to begin at the designated time and will continue until

completed. This deposition will be taken for all purposes allowed by the Federal Rules of

Civil Procedure and the Federal Rules of Evidence.

## COURT REPORTER:

The deposition will be stenographically recorded by a certified court reporter affiliated with and/or associated by the firm of U.S. Legal Support, 16825 Northchase Dr., Suite 900, Houston, TX 77060, 713-653-7100.

## SUPPLEMENTAL NON-STENOGRAPHIC RECORDATION:

Plaintiff hereby gives notice of her present intention to record the above referenced deposition by videotape in addition to stenographic recordation. The videotaping of this deposition will be done by an operator affiliated with and/or associated by the firm of U.S. Legal Support, 16825 Northchase Dr., Suite 900, Houston, TX 77060, 713-653-7100.

## SERVICE OF NOTICE

Plaintiff is relying upon Acclarent, Inc.'s counsel's representations that the WITNESS is under Defendants' control such that a notice upon Defendants, through their counsel, is effective notice to the WITNESS. If this is a misunderstanding, it is requested that counsel promptly notify Plaintiff's counsel so that appropriate steps can be taken expeditiously to properly serve the WITNESS with the appropriate notice to compel participation in the deposition as noticed.

Respectfully submitted,

**AVERSANO & GOLD**

*/s/ Donna M. Aversano*

_____

**DONNA M. AVERSANO**
State Bar No. 00783573
donna@CuttingEdgeJustice.com
**PAUL N. GOLD**
State Bar No. 08069700
paul@CuttingEdgeJustice.com
2716 Beauchamp St.
Houston, Texas 77009
(713) 426-5600 Telephone
(713) 426-5601 Facsimile

**ELIZABETH FRALEY**
State Bar No. 13180500
elizabeth_fraley@baylor.edu
One Bear Place #97288
Waco, TX 76798
(254) 710-3986 Telephone

**LARS L. BERG**
Local Counsel
State Bar No. 00787072
lars.berg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 878-3524 Telephone

**SHELBY J. WHITE**
State Bar No. 24084086
swhite@dpslawgroup.com
DURHAM, PITTARD & SPALDING, LLP
P.O. Box 224626
Dallas, Texas 75222
(214) 888-6688 Telephone
(214) 946-8433 Facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I electronically served the foregoing document on defense counsel by electronic mail to each attorney of record who has consented in writing to accept this notice as service of this document by electronic means.

*/s/ Donna M. Aversano*

_____

**DONNA M. AVERSANO**

# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| DONNA CAROL FERNIHOUGH<br><br>Plaintiff,<br><br>v.<br><br>ACCLARENT, INC. and INTEGRA LIFESCIENCES CORPORATION,<br><br>Defendants. | Case No. 4:25-cv-00525-Y |

**DEFENDANTS ACCLARENT, INC.'S AND INTEGRA LIFESCIENCES CORPORATION'S RESPONSES TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE ORAL/VIDEOTAPED DEPOSITION OF PUJA SETTY**

TO:    Plaintiff Donna Carol Fernihough, by and through her attorneys of record, Paul N. Gold, Donna M. Aversano, AVERSANO & GOLD, 2716 Beauchamp St., Houston, Texas 77009, Elizabeth Fraley, Attorney at Law, One Bear Place, #97288, Waco, Texas 76798, Lars L. Berg, Attorney at Law, KELLY HART & HALLMAN LLP, 201 Main Street, Suite 2500, Fort Worth, Texas 76102 and Shelby J. White, Attorney at Law, DURHAM, PITTARD & SPALDING, LLP, P.O. Box 224626, Dallas, Texas 75222.

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendants Acclarent, Inc. and Integra Lifesciences Corporation respond to Plaintiff's Notice of Intention to Take Oral/Videotaped Deposition of Puja Setty as follows.

**DEFENDANTS ACCLARENT, INC.'S AND INTEGRA LIFESCIENCES CORPORATION'S RESPONSES TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE ORAL/VIDEOTAPED DEPOSITION OF PUJA SETTY**      **Page | 1**

8

Dated: April 20, 2026                    Respectfully submitted,

                                                 **BOWMAN AND BROOKE LLP**

                                                 By: */s/ Jodi Munn Schebel*

                                                    Jodi Munn Schebel (*Admitted Pro Hac Vice*)
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084-5280
Telephone: (612) 672-3247
Facsimile: (313) 690=3200
Jodi.Schebel@bowmanandbrooke.com

Alan R. Vickery
State Bar No. 20571650
5850 Granite Parkway, Suite 900
Dallas, TX 75024
Telephone: (972) 616-1700
Facsimile: (972) 616-1701
Alan.Vickery@bowmanandbrooke.com

Kim M. Schmid (*Admitted Pro Hac Vice*)
150 S. Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone: (612) 672-3247
Facsimile: (612) 672-3200
Kim.Schmid@bowmanandbrooke.com

**ATTORNEYS FOR DEFENDANTS
ACCLARENT, INC. AND INTEGRA
LIFESCIENCES CORPORATION**

<u>**CERTIFICATE OF SERVICE**</u>

        I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on the 20th day of April, 2026.

                                         */s/ Jodi Munn Schebel*
                                         JODI MUNN SCHEBEL

**DEFENDANTS ACCLARENT, INC.'S AND INTEGRA LIFESCIENCES CORPORATION'S RESPONSES TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE ORAL/VIDEOTAPED DEPOSITION OF PUJA SETTY**
                                                                        **Page | 2**

9

## RESPONSE AND OBJECTIONS

Defendants will not produce Ms. Setty for deposition on the date and time noticed for the reasons set forth below.  Further, Ms. Setty is not available on April 23, 2026, as she only recently began work for a new employer.  Otherwise, Defendants object to Plaintiff's Notice for the following reasons:

1.    Defendants object to Plaintiff's Notice because it fails to provide reasonable notice pursuant to Fed. R. Civ. P. 30(b)(1). Plaintiff served her Notice on April 16, 2026, seeking a deposition on April 23, 2026, only seven days later. "Although Rule 30(b)(1) does not define 'reasonable written notice,' courts within the Fifth Circuit have held that at least 10 days is usually required." *Hamm v. Acadia Healthcare Co., Inc*., 2024 WL 1463168, at *1 (E.D. La. Apr. 4, 2024), aff'd, 2024 WL 4765477 (E.D. La. Nov. 13, 2024). *See also Mem'l Hospice, Inc. v. Norris*, 2008 WL 4844758, at *1 (N.D. Miss. Nov. 5, 2008) (finding eight days' notice of a nonparty deposition was unreasonable).

2.    Defendants object to Plaintiff's unilateral notice of the deposition for April 23, 2026, without confirming the availability of Defendants and the witness before setting the date and time of the deposition. The "unilateral setting of depositions (especially coupled with an unwillingness by counsel to reschedule the deposition date) leads to the filing of unnecessary motions, as demonstrated in this case. Such motions are a waste of the parties' time and money, as well as a waste of scare [sic] judicial resources." *Karakis v. Foreva Jens Inc*., 2009 WL 113456, at *6 (S.D. Fla. Jan. 19, 2009).

3.    Defendants object to Plaintiff's Notice because the witness is not employed by either Defendant. Plaintiff is required to serve a subpoena to depose this non-party witness pursuant to Fed. R. Civ. P. 45. "[B]efore being compelled to testify, [a non-party] must be served

**DEFENDANTS ACCLARENT, INC.'S AND INTEGRA LIFESCIENCES CORPORATION'S RESPONSES TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE ORAL/VIDEOTAPED DEPOSITION OF PUJA SETTY**                                                                                                    **Page | 3**

10

with a subpoena pursuant to Federal Rule of Civil Procedure 45." *MetroPCS v. Thomas*, 327 F.R.D. 600, 612 (N.D. Tex. 2018).

4. Defendants object to Plaintiff's Notice because the location of the deposition in Plano, Texas, in does not comply with Fed. R. Civ. P. 45(c)(1)(A) or (B), because the witness resides and works in the state of California. *See, e.g.*, *GeoSouthern Energy Corp. Inc. v. Certain Underwriters at Lloyd's London Agreement No. B6049B112TA01619 Syndicate No. 4020 Subscribing to Pol'y No. PGIARK02632-00*, 2017 WL 5178029, at \*4 (W.D. Tex. Feb. 24, 2017) (stating that the court "must" quash a subpoena where the proposed place of deposition is beyond 100 miles where a person resides or is employed and quashing the subpoena of a California resident subpoenaed to be deposed in Texas).

For these reasons, Plaintiff's Notice is defective and deficient and neither the witness nor Defendants are obligated to appear for the deposition.

**DEFENDANTS ACCLARENT, INC.'S AND INTEGRA LIFESCIENCES CORPORATION'S RESPONSES TO PLAINTIFF'S NOTICE OF INTENTION TO TAKE ORAL/VIDEOTAPED DEPOSITION OF PUJA SETTY**                                                                                           **Page | 4**

11